# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| COREY FONDREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-01755-SPM |
| | ) | |
| METROPOLITAN ST. LOUIS | ) | |
| PSYCHIATRIC CENTER, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Plaintiff filed a pro se complaint on October 12, 2018. (Docket No. 1). Plaintiff also filed a motion to appoint counsel and a motion for leave to proceed in forma pauperis. (Docket No. 2; Docket No. 3).

Since filing his complaint, plaintiff has file three other documents purporting to be evidence in his case. (Docket Nos. 8-10).

In civil actions, discovery and disclosure materials shall not be filed with the Court except as exhibits to a motion or memorandum. E.D. Mo. L.R. 26 – 3.02. Thus, this Court will not accept plaintiff's discovery documents unless they are attached to a motion for relief. The Court will instruct the Clerk of Court to return the exhibits contained in Docket Nos. 8, 9, and 10, as well as any additional discovery sent to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's exhibits attached to Docket Nos. 8, 9, and 10 shall be returned to plaintiff as the Court does not accept discovery documents unless they are filed as attachments to motions for relief.

/s/ Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of November, 2018.